UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES LOVELESS, :
Plaintiff, :
v. : CASE NO. 3:01CV1784(RNC)
RON WEBER AND ASSOC., INC., :
Defendant. :

NOTICE OF ENTRY OF DEFAULT

The defendant having failed to comply with the court's order of August 26, 2003, requiring it to appear through new counsel on or before October 14, 2003, a default is hereby entered pursuant to Fed. R. Civ. P. 55(a).

Plaintiff may now move for entry of a default judgment. To be timely, that motion should be filed within 30 days.

So ordered.

Dated at Hartford, Connecticut 23rd day of October 2003.

Robert N. Chatigny
United States District Judge