UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES LOVELESS | : | CIVIL CASE NO. |
|    Plaintiff, | : | 3:01CV1784 (RNC) |
| | : | |
| VS. | : | |
| | : | |
| RON WEBER AND ASSOCIATES, INC. | : | |
|    Defendant. | : | NOVEMBER 21, 2003 |

## MOTION FOR JUDGMENT UPON THE ENTRY OF DEFAULT

The plaintiff moves that the Court enter judgment against the defendant, Ron Weber and Associates, Inc. The plaintiff represents that on October 23, 2003, the Court entered a default against the defendant, Ron Weber and Associates, Inc., as a result of its having failed to comply with the court's order of August 26, 2003, requiring it to appear through new counsel on or before October 14, 2003.

The plaintiff requests the court conduct a hearing to determine the amount of damages owed by the defendant, Ron Weber and Associates, Inc., to the plaintiff.

THE PLAINTIFF


BY:_____
Thomas W. Bucci
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fed Bar # ct07805

## **CERTIFICATION**

THIS IS TO CERTIFY that on the 21st day of November, 2003, a copy of the *MOTION FOR JUDGMENT* was forwarded to the following parties of record:

Ron Weber and Associates, Inc.
c/o Chris DeChello
200 Boston Post Road
Suite J
Orange, CT 06477
Its Statutory Agent for Service

Ron Weber and Associates, Inc.
c/o Chris DeChello
Whispering Pines Farm
159 Cherry Hill Road
Middlefield, CT 06455
Its Statutory Agent for Service

_____
Thomas W. Bucci