Case 3:01-cv-01784-RNC   Document 80   Filed 12/09/2003   Page 1 of 1

#79

*December 9, 2003. Granted. Judgment shall enter as to liability only. The matter is referred to Magistrate Judge Donna F. Martinez for a hearing on damages and attorney's fees. So ordered.*

*Robert N. Chatigny, U.S.D.J.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JAMES LOVELESS
    Plaintiff,

VS.

RON WEBER AND ASSOCIATES, INC.
    Defendant.

CIVIL CASE NO.:
3:01CV1784(RNC)

NOVEMBER 21, 2003

FILED 2003 NOV 24 A, US DISTRICT COURT HARTFORD

## MOTION FOR JUDGMENT UPON THE ENTRY OF DEFAULT

The plaintiff moves that the Court enter judgment against the defendant, Ron Weber and Associates, Inc. The plaintiff represents that on October 23, 2003, the Court entered a default against the defendant, Ron Weber and Associates, Inc., as a result of its having failed to comply with the court's order of August 26, 2003, requiring it to appear through new counsel on or before October 14, 2003.