<u>ORDER REGARDING HEARING ON DAMAGES</u>

A memorandum of law shall be filed at least twenty (20) days prior to the hearing on damages.  The memorandum of law shall include the following:

(1) the procedural history of the case as it is relevant to the damages hearing;

(2) the facts the plaintiff believes the court should rely upon to grant the requested relief, including facts to be adduced at the hearing;

(3) a list of any witnesses the plaintiff intends to call at the hearing, the subject matter of the witness's testimony and an estimate of the length of time of the witness's testimony;

(4) a list of the exhibits the plaintiff intends to offer at the hearing, a brief description of the exhibit and the legal basis for admissibility of the exhibit (<u>e.g.</u> F.R.E. 803(6), record of regularly conducted activity).

(5) if the plaintiff intends to rely upon affidavits at the hearing, see e.g. <u>Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp.</u>, 109 F. 3d 105, 111 (2d Cir. 1997), a list of the affidavits the plaintiff intends to offer and the subject matter of the affidavits.

(6) the relief requested;

(7) the legal authority for the court's award of the requested relief;

(8) if the plaintiff requests attorney fees and costs as

part of the plaintiff's relief, an affidavit and any other appropriate documentation setting forth the basis for the amount requested;

    A copy of this order and the memorandum of law shall be served upon the defaulted defendant prior to the hearing on damages.