**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JAMES LOVELESS | : | CIVIL CASE NO. |
|    Plaintiff, | : | 3:01CV1784 (RNC) |
| | : | |
| VS. | : | |
| | : | |
| RON WEBER AND ASSOCIATES, INC. | : | |
|    Defendant. | : | JANUARY 4, 2005 |

**MOTION FOR ENTRY OF DISMISSAL WITH PREJUDICE**
**AND WITHOUT ATTORNEYS' FEES AND COSTS**

The Plaintiff, JAMES LOVELESS, represents that the issues involved in this case have been resolved by the agreement of the parties and that this matter should be dismissed against Defendant, RON WEBER AND ASSOCIATES, INC., in its entirety and with prejudice and without costs and attorneys' fees to either party.

                                            WILLINGER, WILLINGER & BUCCI, P.C.
                                            Attorneys for Plaintiff


                                            By:_____
                                            Thomas W. Bucci
                                            Federal Bar No.ct07805
                                            WILLINGER, WILLINGER & BUCCI, P.C.
                                            855 Main Street
                                            Bridgeport, CT  06604
                                            Tel: 203-366-3939 Fax: 203-337-4588

## **CERTIFICATION**

 THIS IS TO CERTIFY that on the 4th day of January 4, 2005, a copy of the Motion for Entry of Dismissal with Prejudice and Without Attorneys' Fees and Costs was forwarded to the following counsel and pro se parties of record:

Tory M. Bishop, Esquire
Kutak Rock
The Omaha Bldg.
1650 Farnman Street
Omaha, NE  68102-2186
Tel: 402-346-6000

_____

Thomas W. Bucci