85

FILED
2005 JAN -7 A 11:22
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES LOVELESS
Plaintiff,

VS.

RON WEBER AND ASSOCIATES, INC.
Defendant.

CIVIL CASE NO.
3:01CV1784 (RNC)

JANUARY 4, 2005

## MOTION FOR ENTRY OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS

The Plaintiff, JAMES LOVELESS, represents that the issues involved in this case have been resolved by the agreement of the parties and that this matter should be dismissed against Defendant, RON WEBER AND ASSOCIATES, INC., in its entirety and with prejudice and without costs and attorneys' fees to either party.

WILLINGER, WILLINGER & BUCCI, P.C.
Attorneys for Plaintiff

By: ____________________
Thomas W. Bucci
Federal Bar No.ct07805
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: 203-366-3939 Fax: 203-337-4588

January 12, 2005. Approved. So ordered.
Robert N. Chatigny, U.S.D.J.

FILED
2005 JAN 13 A 11:43
U.S. DISTRICT COURT
HARTFORD, CT.